AUSA: Aubin
AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means
Case 1:25-mj-01330-CDA    Document 2    Filed 06/11/25    Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
    Case No. 1:25-mj-1330-CDA
The Person of Antonio Rudy Gonzalez )
)
)

✓ FILED    ___ ENTERED
___ LOGGED    ___ RECEIVED

9:14 am, Jun 11 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY    R.C.    Deputy

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of    Maryland   , there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(1),(2) and (b)(1) | Transportation, receipt and/or distribution of child pornography |
| 18 U.S.C. §§ 2252(a)(4)(b) and (b)(2) | Possession of and/or access with intent to view child pornography |

The application is based on these facts:
See affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Matthew Lariccia*
Applicant's signature

Matthew Lariccia, SA, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ *(specify reliable electronic means)*.

Date: May 16, 2025

Judge's signature

City and state: Baltimore, Maryland

Hon. Charles D. Austin, United States Magistrate Judge
Printed name and title